AO91 (Rev. 12/03)  Criminal Complaint                                                                                   AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**            **CRIMINAL COMPLAINT**
                    vs.
                                                         Case Number: 1:12-po-3097
Xavier REYES-Olea
 A205 515 621  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about   August 06, 2012   in   Cameron   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title    8    United States Code, Section(s)    1325(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on August 6, 2012. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on August 6, 2012 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Flores, Hector  Border Patrol Agent
Signature of Complainant

Flores, Hector    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 08, 2012                                                            at    Brownsville, Texas
Date                                                                                      City/State

Ronald Morgan          U.S. Magistrate Judge
Name of Judge          Title of Judge                            Signature of Judge